**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS V. BLEDSOE, #276440,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO:14-00012-WS-B** |
| | * | |
| **BRENDA KING,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be transferred to the United States District Court for the Middle District of Alabama.


   **DONE** this 21st day of February, 2014.


                              **s/WILLIAM H. STEELE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**